UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Charles E. Anderson, Trustee, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> GMD Construction Inc., an Illinois corporation, and Miguel Torres, an individual, <br><br> Defendants. | Case No. 12-cv-5653 <br> Judge Kocoras <br> Magistrate Judge Valdez |

**JUDGMENT ORDER**

This Court having entered an order of default against Defendants pursuant to Fed. R. Civ. P. 55(a) on June 12, 2009, this matter coming before the Court on Plaintiffs' Motion to Compel an Audit and for Entry of Judgment Order, and the Court being fully advised in the premises and after notice and opportunity to be heard, it is hereby ORDERED that Plaintiffs' motion is granted.

1. The arbitration award of the Joint Trade Board issued against Defendant GMD Construction Co. on June 28, 2012, is confirmed.

2. Pursuant to Fed. R. Civ. P. 54(b), there being no just reason for delay, final JUDGMENT is entered in favor of Plaintiff Painters District Council No. 30 and against Defendant GMD Construction Co. as to Count III of Plaintiffs' complaint in the total amount of $7,082,511, which consists of (a) $7,080,000 that the Joint Trade Board ordered Defendant to pay Plaintiff in the arbitration award, and (b) Plaintiff's attorneys' fees and costs of $2,511 incurred in connection with this action, as required by the parties' collective-bargaining agreement.

3. Defendant GMD Construction shall produce, within thirty days after entry of this order, all business records necessary for the Plaintiffs' audit, specifically including the following documents for the period March 1, 2009, to the present:

(a) Payroll registers, earning cards and time cards.

(b) Quarterly Federal (form 941) and Illinois (form IL-941) payroll tax returns.

(c) Quarterly Illinois (form UC-3/40) and annual Federal (form 940) unemployment tax returns.

(d) U.S. wage and tax statements - Forms W-2 and W-3.

(e) U.S. information returns - Forms 1099 and 1096.

(f) Cash disbursements journals or check register.

(g) General ledgers.

(h) Federal income tax returns-Forms 1120 or 1120s (corporation) 1065 (partnership) or 1040, Schedule C (sole proprietorship).

(i) Invoices, cancelled checks, receipts and other support for selected cash disbursements.

(j) Other union benefit fund reporting reports.

(k) Affiliated company records, if any.

(l) Employee listings (including job classifications).

(m) Invoices from any vendors used during the audit period indicating the amount of related supplies purchased.

(n) Any other records the Plaintiffs deem necessary for a complete and accurate audit.

ENTERED: September 26, 2012           _____
                                      UNITED STATES DISTRICT JUDGE